No. 31,338

Frank E. Nelson, *Appellee,* v. The State Bank of Keats and Charles W. Johnson, as Receiver, etc., *Appellants.*

(27 P. 2d 208.)

Opinion filed December 9, 1933.

*George D. Rathbun,* of Manhattan, for the appellants.

*Charles Hughes,* of Manhattan, *James V. Humphrey* and *Arthur S. Humphrey,* both of Junction City, for the appellee.

## MEMORANDUM

The appellee could not meet the contentions of the appellants without a transcript of the proceedings at the trial. The questions presented by appellants cannot be determined by the court without a transcript. Appellants furnished no transcript, and the appeal is dismissed.

Johnston, C. J., not sitting.